IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD SYKES,
        Plaintiff,

vs.                                            CASE NO: 5:07cv21/RS/MD

STATE OF FLORIDA, et al.
        Defendants.

## **REPORT AND RECOMMENDATION**

Plaintiff has filed his amended civil rights complaint pursuant to Title 42 U.S.C. §1983 on the proper form as instructed by the court, (doc. 12), and has paid the initial partial filing fee in this action. (Doc. 11).  Plaintiff alleges in the amended complaint that he was subjected to an improper body cavity search in the presence of female correctional officers while he was incarcerated at Hamilton Correctional Institution.  Plaintiff claims violations of the Fourteenth and Eighth Amendments, and as relief seeks monetary damages for his embarrassment and the pain, suffering and irreparable harm that was done by the exercise of force.[1]

Although plaintiff names only the State of Florida as a defendant in this action, any individual correctional officers who were involved in the allegedly unconstitutional conduct would have been employed at HCI at the time in question.  HCI is located within the Middle District of Florida.  Therefore, pursuant to 28 U.S.C. § 1631, the court considers it to be in

---

[1] His complaint appears legally deficient in many respects. Plaintiff has failed to provide complete information about his litigation history at least with respect to individual cases he has filed, he seeks damages to which he may not be entitled under 42 U.S.C. § 1997e(e), it does not appear that he exhausted his administrative remedies, and he has not named as defendants the individuals who are responsible for the alleged constitutional violations. He will more than likely be required to amend his complaint a second time to correct these deficiencies in the transferee court.

the interest of justice to transfer this case to the United States District Court in and for the Middle District of Florida.

Accordingly, it is respectfully RECOMMENDED:

That the Clerk of this Court be directed to forthwith transfer this action to the United States District Court, Middle District of Florida, for all further proceedings.

At Pensacola, Florida, this 6th day of June, 2007.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).