IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONALD L. SYKES,

    Plaintiff,

vs.                                  CASE NO. 5:07cv21/RS

STATE OF FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 14) and Plaintiff's Objection (Doc. 15).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The clerk is directed to transfer this case to the United States District Court, Middle District of Florida, for all further proceedings.

ORDERED on June 25, 2007.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**